# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2019

SEAN F. McAVOY, CLERK

IRINEO L., JR.,

_____
*Plaintiff*                                )
                                           )
v.                                         )    Civil Action No.    4:18-cv-05127-MKD
                                           )
COMMISSIONER OF SOCIAL                     )
SECURITY,                                  )

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 18, is GRANTED.
            Defendant's Motion for Summary Judgment, ECF No. 20, is DENIED.
            Judgment is entered for the Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge            MARY K. DIMKE                        on a motion for
   summary judgment.

Date:  5/21/2019

                                        *CLERK OF COURT*

                                        SEAN F. McAVOY
                                        _____

                                        s/ Tonia Ramirez
                                        _____
                                                *(By) Deputy Clerk*

                                        Tonia Ramirez
                                        _____